AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

JAMES J. SPIKES
_Petitioner_

v.

LANCE MOORE
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. **16-1932**
_(Supplied by Clerk of Court)_

**SECT. N MAG 5**

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: JAMES JERROD SPIKES
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: CONCORDIA PARISH CORRECTIONAL FACILITY
   (b) Address:
   (c) Your identification number: 431129
3. Are you currently being held on orders by:
   ☐ Federal authorities     ☐ State authorities     ☐ Other - explain:
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case: 13-CR4-123370 - 127264
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☒ Other (explain):

**TENDERED FOR FILING**

MAR -3 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☒ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: **22nd JUDICIAL DISTRICT COURT PARISH OF WASHINGTON**

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): **MAINTAINING OF FALSE TRANSCRIPTS OF ARRAIGNMENT PROCEEDING FEBRUARY 9, 2016**

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: **EASTERN DISTRICT COURT**

   (2) Date of filing: **10-27-15**

   (3) Docket number, case number, or opinion number: **2:15-CV-033774**

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: **SPIKES V. WALL ET.AL FALSIFICATION OF DOCUMENTS ILLEGAL FILING OF (3) THREE BILLS OF INFORMATION ALTERATION OF TRANSCRIPTS BY COURT REPORTER. MAINTAINING OF FALSE DOCUMENTS**

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☒ Yes ☐ No

(a) If "Yes," provide:
(1) Name of the authority, agency, or court: FIRST CIRCUIT COURT OF APPEAL
(2) Date of filing: SEPT. 27, 2015
(3) Docket number, case number, or opinion number: 2015-KW-1419
(4) Result: MOTION TO QUASH RULED MOOT
(5) Date of result: DEC. 7, 2015
(6) Issues raised: FALSIFICATION OF DOCUMENTS OF ARRAIGNMENT PROCEEDING FAILURE TO BRING PETITIONER BEFORE THE COURT FOR PRE-TRIAL MOTION AND OR PRELIMINARY EXAMINATION IN 14 MONTHS.

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes ☐ No

(a) If "Yes," provide:
(1) Name of the authority, agency, or court: LOUISIANA SUPREME COURT
(2) Date of filing: _____
(3) Docket number, case number, or opinion number: CONTAINED IN CIVIL COMPLAINT
(4) Result: PENDING.
(5) Date of result: _____
(6) Issues raised: FALSIFICATION OF DOCUMENTS OF FEBRUARY 9, 2015 ARRAIGNMENT.

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes   ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes   ☒ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes   ☒ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☑ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** _ILLEGAL FILING OF BILL OF INFORMATION_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
BILL OF INFORMATION WAS NOT FILED IN OPEN COURT WITHIN 60 DAYS IN ACCORDANCE WITH THE LOUISIANA CRIMINAL CODE OF PROCEDURE

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND TWO:** FILING AND MAINTAING FALSE DOCMENTS

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE FEBRUARY 9, 2015 TRANSCRIPT IS IRREFUTABLY FALSIFIED AND I A FALSE FACTUAL BASIS FOR DETAINMENT.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND THREE:** INEFFECTIVE ASSISTANCE OF COUNSEL.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
ATTORNEY KEVIN LINDER PUBLIC DEFENDER REPRESENTED ME 13-CR4-153770-127264 KNEW PROSECUTION WITHELD DROP COMPLAINT FORM, AND POLICE REPORTS WERE FALSE AUTHORED BY ATTORNEY TOBEY LEOS ATTORNEY DAVID CRAIG KNEW ARRAIGNMENT FEB. 9 2015 TRANSCRIP WAS FALSIFIED BILL ILLAGAH FILED

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes        ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes        ☒ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** FALSIFICATION OF DOCUMENTS

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
COURT REPORTER KAREN CARTIE JENKINS FALSIFIED ARRAIGNMENT PROCEEDINGS IN A CONSPIRITAL PLOT TO FALSELY DETAIN AND CHARGE PETIONER WITH LEAVIN WAN MINUTES AND TRANSCRIPT CONFLICT. THE CONFLICTION OF TRANSCRIPT IS SHOWN THROUGH SENTENCE FRAGMENTS.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: RELEASE FROM CUSTODY IMEDIATELY FOR FALSIFICATION DOCUMENT NON-TIMELY PROSECUTION.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
~~DECEMBER~~ FEBRUARY 26, 2016

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: FEB. 26, 2016.

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Dear Clerk of Court

Petitioner files this in accordance with Civil Action CV15-3774 "N" (5) Spikes vs. Wall et al to qualify for Habeas Relief please file this in the Record. Your assistance in this matter is appreciated.

Respectfully Submitted,

*James G. Spikes*

TENDERED FOR FILING

MAR -3 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

MR. JAMES J. SPIKES
C.P.C.F.
26356 HWY 15
FERRIDAY La. 71334

"LEGAL"
MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS La. 70130